Clerk's Office
Filed Date: 7/23/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

GATA PACK LLC,

    Defendant.

ECF CASE

No.: 1:21-cv-2564 (CBA)(JRC)

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: July 22, 2021
       New York, New York

       s/ Douglas B. Lipsky
       Douglas B. Lipsky
       LIPSKY LOWE LLP
       420 Lexington Avenue, Suite 1830
       New York, New York 10170-1830
       doug@lipskylowe.com
       212.392.4772
       *Attorneys for Plaintiff*

    **SO ORDERED**

    /s/ Carol Bagley Amon
    Carol Bagley Amon
    U.S. District Judge
    Dated: July 23, 2021